1  Rebecca Grey  (State Bar No. 194940)
   THE GREY LAW FIRM, P.C.
2  235 Montgomery Street, Suite 1101
   San Francisco, California  94104
3  Telephone: (415) 262-9926
   Facsimile: (415) 262-9981
4  E-mail:  grey@greylaw-sf.com

5  Attorney for Plaintiff
6  GERALD J. DESIMONE

7  Linda M. Lawson (Bar No. 77130)
   llawson@mmhllp.com
8  Cindy Mekari (Bar No. 272465)
   cmekari@mmhllp.com
9  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
10 Los Angeles, California 90071-3185
   Telephone: (213) 620-0300
11 Facsimile: (213) 625-1930

12 Attorneys for Defendant
13 STANDARD INSURANCE COMPANY

14

15                         UNITED STATES DISTRICT COURT

16                        NORTHERN DISTRICT OF CALIFORNIA

17

18 GERALD J. DESIMONE,              )   Case No.  3:13-cv-00055-SI
                                    )
19         Plaintiff,               )   STIPULATION [AND ORDER]
                                    )   REQUESTING CONTINUANCE
20 v.                               )   OF CASE MANAGEMENT
                                    )   CONFERENCE
21 STANDARD INSURANCE COMPANY,      )
                                    )
22         Defendants.              )
   _____)
23

24

25      For the reasons set forth below, the parties respectfully request that the Court permit a continuance of the

26 following recently scheduled deadlines:

27      Rebecca Grey, attorney for Plaintiff Gerald J. Desimone, will be out of town at a professional conference

28 on May 2, 2013.  There is no other attorney at this firm who can attend the Case Management Conference.

-1-

STIPULATION [AND ORDER] REQUESTING CONTINUANCE OF CASE              Case No. 3:13-cv-
MANAGEMENT CONFERENCE                                                00055-SI

For the foregoing reasons, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the currently scheduled May 2, 2013 Case Management Conference at 2:30 p.m. be continued to May 10, 2013 at 2:30 p.m.

Dated: April 11, 2013          THE GREY LAW FIRM, PC


By:__/s/ Rebecca Grey_____
    Rebecca Grey
    Attorney for Plaintiff
    GERALD J. DESIMONE


Dated: April 11, 2013          MESERVE, MUMPER, & HUGHES LLP


By:__/s/ Cindy Mekari_____
    Linda M. Lawson
    Cindy Mekari
    Attorneys for Defendant
    STANDARD INSURANCE COMPANY


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: 4/15/13          By:_____
                           Honorable Judge Susan Illston

-2-
STIPULATION [AND ORDER] REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE

Case No. 3:13-cv-00055-SI