Rebecca Grey (State Bar No. 194940)
THE GREY LAW FIRM, P.C.
235 Montgomery Street, Suite 1101
San Francisco, California 94104
Telephone: (415) 262-9926
Facsimile: (415) 262-9981
E-mail: grey@greylaw-sf.com

Attorney for Plaintiff
GERALD J. DESIMONE

Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Cindy Mekari (Bar No. 272465)
cmekari@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD J. DESIMONE, | Case No. 3:13-cv-00055-SI |
| Plaintiff, | STIPULATION [AND ORDER] REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| v. | |
| STANDARD INSURANCE COMPANY, | |
| Defendants. | |

For the reasons set forth below, the parties respectfully request that the Court permit a continuance of the following recently scheduled deadlines:

Rebecca Grey, attorney for Plaintiff Gerald J. Desimone, will be out of town at a professional conference on May 2, 2013. There is no other attorney at this firm who can attend the Case Management Conference.

-1-

STIPULATION [AND ORDER] REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE

Case No. 3:13-cv-00055-SI

For the foregoing reasons, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the currently scheduled May 2, 2013 Case Management Conference at 2:30 p.m. be continued to May 10, 2013 at 2:30 p.m.

Dated: April 11, 2013                    THE GREY LAW FIRM, PC


By:  /s/ Rebecca Grey_____
     Rebecca Grey
     Attorney for Plaintiff
     GERALD J. DESIMONE


Dated: April 11, 2013                    MESERVE, MUMPER, & HUGHES LLP


By:  /s/ Cindy Mekari_____
     Linda M. Lawson
     Cindy Mekari
     Attorneys for Defendant
     STANDARD INSURANCE COMPANY


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: 4/15/13                    By: _____
                                      Honorable Judge Susan Illston

---

-2-

STIPULATION [AND ORDER] REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE

Case No. 3:13-cv-00055-SI