IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD DESIMONE,<br><br>        Plaintiff,<br><br>  v.<br><br>STANDARD INSURANCE CO,<br><br>        Defendant.<br>_____/ | No. C 13-00055 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 27, 2013 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 30, 2013.

DESIGNATION OF EXPERTS: 11/12/13; REBUTTAL: 11/25/13.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 20, 2013

DISPOSITIVE MOTIONS **SHALL** be filed by January 10, 2014;

    Opp. Due January 24, 2014; Reply Due January 31, 2014;

    and set for hearing no later than February 14, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 11, 2014 at 3:30 PM.

JURY TRIAL DATE: March 24, 2014 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be seven days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties have agreed to participate in private mediation in late August or early September 2013.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/13/13

                                                  SUSAN ILLSTON
                                                  United States District Judge