# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD J. DESIMONE<br><br>  Plaintiff,<br><br>  vs.<br><br>STANDARD INSURANCE COMPANY<br><br>  Defendant. | Case No. C 13 0055 SI<br><br>ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. C 13 0055 SI, is dismissed in its entirety, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: September 20, 2013

_____
Hon. Susan Illston
Judge, United States District Court

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

133077.1

1  Case No. C 13 005 SI
Order re Stipulation for Dismissal of Entire Action with Prejudice