# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD J. DESIMONE<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STANDARD INSURANCE COMPANY<br><br>　　　　Defendant. | Case No. C 13 0055 SI<br><br>ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. C 13 0055 SI, is dismissed in its entirety, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: September 20, 2013

　　　　　　　　　　　　　　　　　　　　/s/ Susan Illston
　　　　　　　　　　　　　　　　　　　Hon. Susan Illston
　　　　　　　　　　　　　　　　　　　Judge, United States District Court